IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSAN DEPAOLA, CHAPTER 7 TRUSTEE FOR COLLINS SIGNS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:04cv267-LES (WO) |
| NISSAN NORTH AMERICA, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Nissan North America's Motion to Quash Subpoena (Doc. # 398) filed April 9, 2008, and for good cause, it is

ORDERED that plaintiff shall file any response to the motion on or before close of business April 10, 2008.

DONE, this 9th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

1